JOHN M. BEALL, Bar No. 179921
LAW OFFICE OF JOHN M. BEALL
2321 E. 4th Street, Suite C605
Santa Ana, CA 92705
Telephone (714) 532-2777
Fax (714) 532-2999

Attorney for PLAINTIFFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN AGUIRRE, SARAH AGUIRRE, MINORS, MINORS M.A. AND A.A. THROUGH THEIR GUARDIAN AD LITEM, JANETTE AGUIRRE,<br><br>Plaintiffs,<br><br>v.<br><br>MANITEX SKYCRANE, LLC; and DOES 1 to 50, inclusive<br><br>Defendants, | NO. 8:10-CV-01591 JVS (PJWx)<br><br>JUDGMENT ON MOTION FOR AN ORDER APPROVING MINORS' COMPROMISE<br><br>The Honorable James V. Selna |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having considered in chambers the motion of the Guardian ad Litem, Janette Aguirre, for an order approving the minors' compromise and after review of all evidence submitted in support thereof and after noting there were no objections or oppositions filed to said motion,

1.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

The motion for an order approving the minors' compromise filed by the Guardian ad Litem, Janette Aguirre, is hereby approved. The gross total amount to be paid by the defendant, Manitex Skycrane, LLC, for each of the two minor plaintiffs is $3,750.00, for a total of $7,500. Out of the $7,500.00, the Court hereby authorizes attorneys' fees in the amount of $2,100.00 to attorney John M. Beall. The remaining amount of $5,400 is to be paid to the Guardian ad Litem, Janette Aguirre, on behalf of the two minor plaintiffs. The Guardian ad Litem, Janette Aguirre, is hereby authorized to sign a full release of claims on behalf of the two minor plaintiffs herein.

**IT IS SO ORDERED**

Dated: April 28, 2011   *[signature: James V. Selna]*

The Honorable James V. Selna